**IT IS ORDERED as set forth below:**



**Date: December 19, 2016**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16 - 68343 - CRM |
| | : | |
| CAMELOT CLUB CONDOMINIUM | : | |
| ASSOCIATION, INC., | : | CHAPTER 11 |
| | : | |
| | : | |
| DEBTOR. | : | |

**ORDER**

On December 14, 2016, the Court conducted a status conference in the chapter 11 case of Camelot Club Condominium Association, Inc. (the "Debtor"). Present at the status conference were M. Denise Dotson, counsel for Debtor, and David S. Weidenbaum, counsel for the United States Trustee. Also in attendance were numerous condominium owners, including some who serve on Debtor's board of directors and

others who have expressed concerns about Debtor's management and lack of transparency.

At the status conference the parties informed the Court about the events that have transpired in the case so far. The Court, after considering both the instant case and Debtor's previous chapter 11 case, for the reasons expressed on the record at the status conference, has determined that in order to ensure greater transparency and to further the expressed goal of section 105(a) for the expeditious and economical resolution of the case that certain deadlines and requirements be imposed. Accordingly, it is

**HEREBY ORDERED** that on or before June 1, 2017, Debtor shall file with the Court a disclosure statement and plan. Should Debtor fail to comply with the June 1, 2017 deadline for the filing of its disclosure statement and plan, the United States Trustee is hereby authorized to submit an order dismissing the case for the consideration of the Court.

**IT IS FURTHER ORDERED** that for the duration of the case, Debtor is to remain current on the filing of its monthly operating reports. Should Debtor fail to timely file an operating report the United States Trustee is hereby authorized to submit an order dismissing the case for the consideration of the Court.

**IT IS FURTHER ORDERED** that Debtor is to maintain in its on-site office at least fifteen (15) copies of its most recently filed monthly operating report, available for condominium owners. Additionally, Debtor is to distribute each month's operating

report by electronic mail to any and all condominium owners who request a copy to be delivered in that manner.

**END OF DOCUMENT**

Order prepared by:

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

  /s   David S. Weidenbaum
DAVID S. WEIDENBAUM
Georgia Bar No. 745892
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404.331.4437
david.s.weidenbaum@usdoj.gov


No Opposition as to form:

M. DENISE DOTSON, LLC

  /s   M. Denise Dotson *
M. DENISE DOTSON
Georgia Bar No. 227230
Attorney for Debtor
170 Mitchell Street
Atlanta, GA 30303
404.526.8869
ddotsonlaw@me.com


*signed with permission by David S. Weidenbaum*

Pursuant to Local Rule 9013-3(d)(2) for the United States Bankruptcy Court, Northern District of Georgia, the Clerk of Court is hereby requested to serve a copy of this order on debtor, debtor's attorney, all creditors and parties-in-interest in the case.