**IT IS ORDERED as set forth below:**

**Date: June 12, 2018**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                               :        CASE NO.  16-68343-WLH
                                     :
CAMELOT CLUB CONDOMINIUM   :        CHAPTER 11
ASSOCIATION, INC.                 :
                                     :        JUDGE WENDY L. HAGENAU
                                     :

**ORDER AND NOTICE OF RESCHEDULED STATUS CONFERENCE**

**IT IS ORDERED and NOTICE IS HEREBY GIVEN** that a status conference in the

above style Chapter 11 case will be held on the **26th** day of **JULY 2018** at **1:40 P.M.** in

Courtroom **1403**, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner

Drive, S.W. Atlanta, Georgia.

**END OF DOCUMENT**

## DISTRIBUTION LIST
16-68343

**Camelot Club Condominium Association, Inc.**
2555 Westside Parkway
Suite 600
Alpharetta, GA 30004

**M. Denise Dotson**
M. Denise Dotson, LLC
P.O. Box 435
Avondale Estates, GA 30003

**David S. Weidenbaum**
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303