...

**IT IS ORDERED as set forth below:**



**Date: August 1, 2018**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-68343-wlh |
| | ) | |
| CAMELOT CLUB CONDOMINIUM ASSOCIATION, INC., | ) ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

ORDER ESTABLISHING DEADLINES

The above-captioned case came before the Court on July 26, 2018, for a status conference. At the status conference, M. Denise Dotson appeared on behalf of the Debtor, David Weidenbaum appeared on behalf of the Office of the United States Trustee, Stephen Block counsel appeared on behalf of the City of Atlanta, Watershed Management, counsel appeared on behalf of NexGen, LLC, Members of Debtor's board of directors appeared, and association members were present at the hearing.

Based upon the representations made in open Court, the parties agreed and the Court hereby ORDERS as follows:

1. The deadline for filing a new plan and disclosure statement or amend the plan and disclosure statement currently on file shall be September 28, 2018.

2. Debtor shall schedule a hearing on its disclosure statement on the first available calendar date in October, 2018.

END OF DOCUMENT

Order prepared and presented by:
M. DENISE DOTSON, LLC

 /s/
M. Denise Dotson
Georgia Bar No. 227230
PO Box 435
Avondale Estates, GA 30002
(404) 210-0166
denise@mddotsonlaw.com

Distribution List:

Office of US Trustee
362 Russell Federal Bldg.
75 Ted Turner Drive
Atlanta, GA 30303