**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-68343 |
| CAMELOT CLUB CONDOMINIUM ASSOCIATION, INC., | Chapter 11 |
| Debtor. | |

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, NexGen Coastal Investments, LLC ("NexGen"), and hereby withdraws Claim No. 7. This claim was related to property previously owned by NexGen, but the property has since been sold.

Respectfully submitted, this 18th day of April 2019.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(404) 921-9016 (Facsimile)
bchaness@rubinlublin.com

*Attorney for NexGen Coastal Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 18th day of April 2019, served all parties the within and foregoing by placing a true and correct copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

M. Denise Dotson
M. Denise Dotson, LLC
170 Mitchell St.
Atlanta, GA 30303

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)